COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Russell Hewitt        DOC No. 331926
LPSO Transitional Work Program
1156 Hwy 90 East
Raceland La 70394

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 23, 2019

**REHEARING ACTION: January 23, 2019**

**Docket Number: 18   00682-KH**

**STATE OF LOUISIANA
VERSUS
RUSSELL HEWITT**

**Writ Application from Natchitoches Parish Case No. C25682**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Shannon J. Gremillion
Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Russell Hewitt** is:

**REHEARING DENIED.**
*See* Uniform Rules, Courts of Appeal—Rule 2-18.7.

cc: Billy Joseph Harrington, Counsel for  the Respondent